**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
United States Attorney

*Jewell Christian Stewart*
Assistant United States Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Jewell.Stewart @usdoj.gov*

*main: (973) 297-2024*
*direct: (862) 412-7410*
*fax: (973) 645-2702*

August 14, 2026

**BY ECF**
Honorable Robert Kirsch, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *Yungan Chupila v. Blanche, et al.,*, No. 3:26-cv-10118-RK**
**Petitioner's Release**

Dear Judge Kirsch:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") has informed this Office that Petitioner was released from custody at 6:59 p.m. on August 11, 2026 under the same conditions that existed prior to detention.

Respondents apologize for this late release and notification. Although this Office timely relayed the Court's Order, ICE notified this Office that they released Petitioner after the deadline.

We therefore respectfully request that the Court close this case and lift all temporary restraints.

We thank the Court for its attention to this matter.

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** 8/26/26

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: s/ Jewell Stewart
JEWELL CHRISTIAN STEWART
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of Record (by ECF)